## NORTHINGTON *v.* WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 32, September Term, 1959.]

*Decided November 23, 1959.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRES-
COTT and HORNEY, JJ.

PER CURIAM.

In this application for leave to appeal from denial of a
petition for relief under the Post Conviction Procedure Act,
the applicant contends: (1) That there was insufficient evi-
dence to convict of statutory rape, (2) that the testimony of
the girl was contradictory and vague, (3) that he was not
advised of his right to appeal, and (4) that the girl and her
mother testified falsely. As to (1) and (2) we have repeatedly
held that the sufficiency or weight of evidence cannot be raised
in such a proceeding as this. As to (3), the applicant was
represented by counsel, and it is clear that failure to advise
as to a right of appeal is not equivalent to a denial of the right.
See *Davis v. Warden,* 217 Md. 662; *Cooper v. Warden,* 214
Md. 629, 632; *Finley v. Warden,* 211 Md. 650, 652. As to
(4), the bald allegation of perjury does not call for relief un-
der the Act. *State v. D'Onofrio,* 221 Md. 20.

*Application denied.*